

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00484-CV

Melanie Lynn Bass **LINDSEY**, as Independent Executrix of the Estate of Betty Jeannette Schwettmann,
Appellant

v.

Roger E. **HAYNES**, as Independent Executor of the Estate of Earl Ray Schwettmann,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 15124
Honorable Albert D. Pattillo, III, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's memorandum opinion of this date, Lindsey's motion to correct the notice of appeal is GRANTED so the notice of appeal reflects "Melanie Lynn Bass Lindsey, Independent Executrix of the Estate of Betty Jeannette Schwettmann" as the appellant in this appeal. The judgment of the trial court is REVERSED, and the cause is REMANDED to the trial court to reinstate the case on the trial court's docket. Each party bears its own costs on appeal.

SIGNED December 28, 2022.

_____
Irene Rios, Justice